670 A.2d 1143

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Robert Philip TUERK, Respondent.

No. 177 Disciplinary Docket No. 3.
Disciplinary Board No. 6 DB 94.

Supreme Court of Pennsylvania.

Jan. 31, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of January, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 8, 1995, it is hereby

ORDERED that Robert Philip Tuerk be and he is suspended from the Bar of this Commonwealth for a period of one year and one day and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respon-

dent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.